UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| APOLINAR ORTIZ-ISLAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:12-cr-00125-JAW-3 |
| v. | ) | 1:17-cv-00386-JAW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on July 27, 2018, his Recommended Decision (ECF No. 342), recommending the Court deny Petitioner's amended motion for habeas relief under 28 U.S.C. § 2255. The Petitioner filed his objections to the Recommended Decision on September 4, 2018 (ECF No. 345) and the Respondent filed its response to that objection the next day (ECF No. 346). The Petitioner filed a reply to the Respondent's response on September 24, 2018. (ECF No. 347). The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court has made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge (ECF No. 342) be and hereby is <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Petitioner's amended motion for habeas relief pursuant to 28 U.S.C. 2255 (ECF No. 334) be and hereby is <u>DENIED</u>.

3. It is further <u>ORDERED</u> that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 5th day of November, 2018