UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:12-cr-00125-JAW-3 |
| | ) | |
| APOLINAR ORTIZ-ISLAS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision on Motion for Sentence Reduction Pursuant to the First Step Act, filed May 20, 2020 (ECF No. 352), the Recommended Decision is accepted[1].

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

---

[1] The Court held back issuing this order to make certain that Mr. Ortiz-Islas had not objected under the mailbox rule.

Accordingly, it is hereby ORDERED that the Defendant's Motion for Reduction of Sentence Pursuant to § 404 of the First Step Act (ECF No. 350) be and hereby is DENIED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 8th day of July, 2020